==============================================================================

**\* \* \* \* \* *UNITED STATES DISTRICT COURT* \* \* \* \* \***

_____*NORTHERN*_____ **DISTRICT OF** _____*NEW YORK*_____

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.   1:06-cv-1034 LEK**
**1:06-cv-1097 LEK**

**Donald Rahm, et al.**
                    **Appellant**

            **v.**

**William C. Halpin, Jr.**
                    **Appellee**

_____  **JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.**

_____**XX**_____  **DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.**

    **IT IS ORDERED AND ADJUDGED** that the July 26, 2006 Order of the Bankruptcy Court (Littlefield, B.J.) (Dkt. No 4) is AFFIRMED.  Signed by the Honorable Lawrence E. Kahn, U.S. District Judge, dated June 7, 2007.

**DATE:**  **June 7, 2007**_____

_Lawrence E. Kahn_
Clerk of Court

s/Britney Norton
By:_____
            DEPUTY CLERK